FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NOELANI SPEARMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEAST FOODS, LLC, a Washington limited liability company doing business as JACK IN THE BOX; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | No. 2:26-cv-00368-RLP<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO REMAND |

Before the Court is Plaintiff Noelani Spearman's Motion for Remand, ECF No. 4. Plaintiff contends Defendant Feast Foods failed to establish the Court's diversity jurisdiction, specifically the $75,000 amount in controversy requirement, by a preponderance of the evidence. *Id*. at 2-4. Plaintiff Spearman therefore requests the Court remand this matter to the Spokane County Superior Court. *Id*. at 4.

Defendant Feast Food filed a response and notice of non-opposition to the motion, asserting that it does not oppose remand based on Plaintiff Spearman's argument. ECF No. 5 at 1-2. Plaintiff Spearman also filed a reply brief. ECF No. 6.

Having considered the motion and filings, the Court is fully informed and grants the motion.

**Accordingly, IT IS ORDERED:**

1. Plaintiff Spearman's Motion for Remand, **ECF No. 4,** is **GRANTED**.
2. This matter is **REMANDED** to Spokane County Superior Court.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED October 26, 2026.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE